# UNITED STATES DISTRICT COURT
for
### Middle District of Pennsylvania/Harrisburg

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ronald T. Johnson            Case Number: 1:CR-00-108-02
Name of Sentencing Judicial Officer: The Honorable William W. Caldwell, U.S. District Judge
Date of Original Sentence: January 3, 2001
Original Offense: Interstate Travel in Aid of Racketeering, 18 USC § 1952(a)(3)
Original Sentence: 60 months imprisonment, followed by 3 years supervised release, $800 fine
Type of Supervision: Supervised Release            Date Supervision Commenced: November 1, 2004
Assistant U.S. Attorney: William A. Behe     Defense Attorney: David T. Kluz

FILED
HARRISBURG, PA

### PETITIONING THE COURT

APR 26 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

[ ]   To issue a warrant

[X]   To issue a summons to have Ronald T. Johnson appear before the Court to show cause why his supervised release should not be revoked.

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**            **Nature of Noncompliance**

General Condition            **"The defendant shall refrain from any unlawful use of a controlled substance."**

On January 10, 2005; February 1, 2005; February 7, 2005; March 7, 2005; March 14, 2005 and April 4, 2005, the defendant provided urine specimens which tested positive for marijuana.

The 21st Century Department of Justice Appropriations Act mandates action by the Court if a supervised releasee tests positive for illegal controlled substances more than three times over the course of one year. Although the Act requires mandatory revocation after a fourth positive drug test, provisions of the Act also allow the Court to consider treatment options in lieu of revocation.

On January 24, 2005, Mr. Johnson admitted that he had used marijuana over the New Year's holiday. He assured the probation officer that it would not happen again and declined drug treatment. In response, the probation officer directed Mr. Johnson to report on a weekly basis for drug testing. He then provided the aforementioned five urine specimens which tested positive for marijuana. On each occasion, Mr. Johnson denied any additional marijuana use and declined drug treatment. Laboratory analysis of the positive urine tests indicates that each specimen represents a new use.

| | |
|---|---|
| Special Condition | "The defendant shall pay any balance of the fine imposed by this Judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $50." |
| | Mr. Johnson failed to make any payments toward his $800 fine since his release from incarceration. His current financial obligation balance is $623.52. |

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

    [X]    revoked.

[X] A summons be issued.

Respectfully submitted,

by _____
Stephen F. Leahey
U.S. Probation Officer
Date: April 25, 2005

---

THE COURT ORDERS;

[ ] No action

[X] The issuance of a summons.

[ ] The issuance of a warrant, to be sealed until the defendant's arrest.

[ ] Other

FILED
HARRISBURG, PA

APR 26 2005

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

_____
Signature of Judicial Officer

7/26/05
Date