AO 83 (Rev. 12/85) Summons in a Criminal Case

# United States District Court
## MIDDLE DISTRICT OF PENNSYLVANIA

***AMENDED SUMMONS IN A CRIMINAL CASE**

**UNITED STATES OF AMERICA**

CASE NUMBER: 1:00-CR-108-02

Judge William W. Caldwell

v.

**FILED**
HARRISBURG, PA

MAY 0 5 2005

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

**RONALD T. JOHNSON**
3104 N. 6th Street
Harrisburg, PA 17110

**YOU ARE HEREBY COMMANDED** to appear before the United States District Court at the place, date and time set forth below

**Place:** Federal Building, 228 Walnut Street, Harrisburg, PA 17108

**Room**
Courtroom Number 1, 9th Floor

**Before:** Judge William W. Caldwell

***Date and time**
May 5, 2005 at 3:00 p.m.

To answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Violation Notice  X Probation Violation Petition

Brief description of offense: **Violations of Conditions of Supervised Release**

**YOU ARE ALSO DIRECTED TO CONTACT THE U.S. PRETRIAL SERVICES/U.S. PROBATION OFFICE, 717/901-2860, TO ARRANGE AN IN-PERSON INTERVIEW IMMEDIATELY UPON RECEIPT OF THIS SUMMONS.**

_/s/ Kevin J. Neary_
Signature of Issuing Officer

DATE: April 28, 2005

Kevin J. Neary, Deputy Clerk
Name and Title of Issuing Officer

AO 6_ _ev.12/85) Summons in a Criminal Case

| RETURN OF SERVICE | | |
|---|---|---|
| Service was made by me(1) | 5/2/05 | DATE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant at: _USAO, HBG._

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Returned on __5/2/05__
          Date

_M. R_Gn__
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.