cc: CR, AUSA, Prob, USM, BOP, Johnson v/acounsel, flu?, OJ, Security

AO (8/96) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT

MIDDLE District of PENNSYLVANIA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Revocation of Probation or Supervised Release) |
| RONALD T. JOHNSON | (For Offenses Committed On or After November 1, 1987) |

Case Number: 1:CR-00-00108-002

David T. Kluz, Esquire
Defendant's Attorney

## THE DEFENDANT:

X admitted guilt to violation of condition(s) _____ the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| General Condition | Defendant shall refrain from any unlawful use of a controlled substance | 04/05/2005 |
| General Condition | Defendant shall pay any balance of the fine imposed by this judgment which remains unpaid at the commencement of the term of supervised release in minimum monthly installments of no less than $50. | 11/01/2004 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated _____ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's USM   10186-067

Defendant's Residence Address:

Defendant's Mailing Address:

May 5, 2005
Date of Imposition of Judgment

Signature of Judicial Officer

William W. Caldwell, United States District Judge
Name and Title of Judicial Officer

May 5, 2005
Date

FILED
HARRISBURG, PA
MAY 0 5 2005

Certified from the record
Date 5/5/05
Mary E. D'Andrea, Clerk

Per _____
Deputy Clerk

ANDREA, CLERK

DEFENDANT: Ronald T. Johnson
CASE NUMBER: 1:CR-00-00108-002

Judgment — Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of __five (5) months__ .

X    The court makes the following recommendations to the Bureau of Prisons:
**The Court recommends to the Bureau of Prisons designate Cumberland County Prison as the place of confinement, if deemed appropriate.**

     The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:
     ☐ at _____ ☐ a.m. ☐ p.m. on _____
     ☐ as notified by the United States Marshal.

X    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     X before 2 p.m. on __May 6, 2005.__
     ☐ as notified by the United States Marshal.
     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal